AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Daniel Thomas Curran<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:13- mJ - 0113<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __8-1-13 to 9-24-13__ in the county of __York County__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC Section 2251(a) | Production of Child Pornography |
| Title 18 USC Section 2252A(a)(5)(B) | Possession of Child Pornography |

FILED
HARRISBURG

NOV 14 2013
KJN

Gary L. Hollinger,
Acting Clerk

This criminal complaint is based on these facts:

I, Heather Thew, am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since February 2006.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Heather Thew, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11-14-13__

_____
*Judge's signature*

City and state: __Harrisburg, PA__      Martin C. Carlson, Chief U.S. Magistrate Judge
*Printed name and title*