UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>DANIEL THOMAS CURRAN, JR. )<br>Defendant.        ) | CR. NO. 1:13-CR-259<br><br>(JUDGE Caldwell ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about August 1, 2013 through September 24, 2013, in York County, Pennsylvania and within the Middle District of Pennsylvania and elsewhere, the defendant,

**DANIEL THOMAS CURRAN, JR.**

did intentionally and knowingly use, persuade, induce, entice or coerce a minor to take part in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, depicting the genitals of John Doe #1, a minor male, and did aid and abet, or counsel, command, or induce the commission of this crime, knowing or having reason to know that such visual depiction would be mailed, shipped or transported in interstate or foreign commerce, and that the

1

materials for said production had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including a computer or camera.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e); Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT TWO

On or about August 1, 2013 through September 24, 2013, in York County, Pennsylvania and within the Middle District of Pennsylvania and elsewhere, the defendant,

**DANIEL THOMAS CURRAN, JR.**

knowingly possessed and caused to be possessed images of child pornography, as defined in Title 18, United States Code, Section 2256, depicting a minor engaged in sexually explicit conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using material that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer; to wit: videos depicting the lascivious exhibition of a minor's genitals and pubic area.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL

FOREPERSON

11/20/13
DATE

*Peter J. Smith /mst*
PETER J. SMITH
UNITED STATES ATTORNEY

3