**JUDGE WILLIAM W. CALDWELL**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**UNITED STATES v. DANIEL THOMAS CURRAN JR.**

**GOVERNMENT'S LIST OF EXHIBITS**

**CR. NO. 1:13-CR-259**

**DATE:** April 8, 2014

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 1 | | Application for Search Warrant, Search Warrant and Affidavit of Probable Cause for Cell Phone 717-850-1696 dated September 25, 2013 | 4-8-14 | 4-8-14 | Admitt | Michael Hine |
| 2 | | Application for Search Warrant, Search Warrant and Affidavit of Probable Cause for White Chevrolet Blazer dated September 26, 2013 | 4-8-14 | 4-8-14 | Admitt | Michael Hine |
| 3 | | Photograph of bags lying in grass | 4-8-14 | 4-8-14 | Admitt | Michael Hine |
| 4 | | Photograph of bags lying in grass | 4-8-14 | 4-8-14 | Admitt | Michael Hine |
| 5 | | Application for Search Warrant, Search Warrant and Affidavit of Probable Cause for Storage Unit #B181 dated September 27, 2013 | 4-8-14 | 4-8-14 | Admitt | Michael Hine |
| 6 | | Application for Search Warrant, Search Warrant and Affidavit of Probable Cause for Video Camera and contained media dated October 4, 2013 | 4-8-14 | 4-8-14 | Admitt | Michael Hine |

FILED
HARRISBURG, PA
APR 08 2014

**GOVERNMENT'S LIST OF EXHIBITS**

**JUDGE WILLIAM W. CALDWELL**　　　　　　　　　　　　　　　**CR. NO.   1:13-CR-259**

**UNITED STATES v. DANIEL THOMAS CURRAN JR.**

**MIDDLE DISTRICT OF PENNSYLVANIA**　　　　　　　　　　　　**DATE: April 8, 2014**

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 7 | | Application for Search Warrant, Search Warrant and Affidavit of Probable Cause for Storage unit #B181 dated September 27, 2013 | 4-8-14 | 4-8-14 | Admitt | Michael Hine |
| 8 | | Application for Search Warrant, Search Warrant and Affidavit of Probable Cause for Digital Images from thumb drives, computers, phones and external storage devices dated September 27, 2013 | 4-8-14 | 4-8-14 | Admitt | Michael Hine |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |