UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | CR. NO. 1:13-CR-259 |
| ) | |
| v.   ) | |
| ) | (JUDGE CALDWELL) |
| DANIEL THOMAS CURRAN, JR. ) | |
| ) | (ELECTRONICALLY FILED) |
| Defendant.   ) | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about August 1, 2013 through September 24, 2013, in York County, Pennsylvania and within the Middle District of Pennsylvania and elsewhere, the defendant,

**DANIEL THOMAS CURRAN, JR.**

did intentionally and knowingly use, persuade, induce, entice or coerce a minor to take part in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, depicting the genitals of John Doe #1, a minor male, and did aid and abet, or counsel, command, or induce the commission of this crime, knowing or having reason to know that such visual depiction would be mailed, shipped or transported in interstate or foreign commerce, and that the materials for said production had been mailed, shipped, and transported in and

affecting interstate and foreign commerce by any means, including a computer or camera.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e); Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT TWO

From on or about June 4, 2007 through April 1, 2011, in York County, Dauphin County, Pennsylvania, within the Middle District of Pennsylvania and elsewhere,

## DANIEL THOMAS CURRAN, JR.

did unlawfully and knowingly receive or distribute visual depictions of minors engaging in sexually explicit conduct that has been transported in and affecting interstate commerce by any means, including by U.S. mail or computer, and using any means and facility of interstate and foreign commerce; to wit: CURRAN ordered and received videos depicting the lascivious exhibition of a minor's genitals and pubic area through the U.S. mail.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2256(8)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT THREE

On or about August 1, 2013 through September 24, 2013, in York County, Pennsylvania and within the Middle District of Pennsylvania and elsewhere,

**DANIEL THOMAS CURRAN, JR.**

knowingly possessed and caused to be possessed images of child pornography, as defined in Title 18, U.S.C. § 2256, depicting prepubescent minors under the age of 12 years, including images of minors as young as infants, engaging in sexually explicit conduct and portraying, among other things, sado-masochistic conduct and other depictions of violence, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using material that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer; to wit: images and videos depicting the lascivious exhibition of a minor's genitals and pubic area.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL

_____
FOREPERSON

9/10/14
DATE

*Peter J. Smith/prat*
PETER J. SMITH
UNITED STATES ATTORNEY