UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 1:13-CR-259 |
| : | |
| DANIEL THOMAS CURRAN, : | |
| Defendant : | |

*O R D E R*

AND NOW, this 16th day of October, 2017, upon consideration of Defendant's motion (Doc. 127) pursuant to 28 U.S.C. § 2255, and in accord with the accompanying memorandum, it is ORDERED that:

1. Defendant's motion (Doc. 127) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED.

2. A certificate of appealability is DENIED, as this court finds that Defendant has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2).

3. The Clerk of Court is directed to CLOSE the corresponding case, No. 1:17-cv-00709.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge